# United States District Court
## Northern District of Illinois
### Western Division

Faraud Muhammad

v.

Lt. Dan Gerace of the DeKalb Police Department

**JUDGMENT IN A CIVIL CASE**

Case Number: 06 C 50207

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and plaintiff's request to proceed IFP and motion for appointment of counsel are denied. This case, along with the other 6 filed by this plaintiff which have been dismissed as frivolous, are referred to the Executive Committee for an order barring this plaintiff from filing any future cases without permission from the Executive Committee.

FILED
NOV 09 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 11/8/2006

Susan M. Wessman, Deputy Clerk